FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUNBELT RENTALS, INC.,<br><br>                Plaintiff,<br><br>  v.<br><br>COLUMBIA PULP I, LLC, and COLUMBIA PULP II, LLC,<br><br>                Defendants. | NO:  2:21-CV-149-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal, ECF No. 5.  Having reviewed the Notice and the record, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal with Prejudice, **ECF No. 5**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** August 4, 2021.

                                      *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                    United States District Judge